# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| TIMOTHY WILLIAM JACQUEMAIN, | Case No. EDCV 13-00585 ABC (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| JEFFREY BEARD, CDCR SECRETARY, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is dismissed with prejudice for the reasons stated in the related Order.

DATED: April 17, 2013

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE